IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00754-RPM

THE HERSHEY COMPANY,
HERSHEY CHOCOLATE CORPORATION and
HERSHEY ENTERTAINMENT & RESORTS COMPANY,

    Plaintiffs,

v.

PAGOSA CANDY COMPANY,
THE CHOCOLATE ROBIN, CORPORATION. and
ROBIN L. CARPENTER,

    Defendants.

---

ORDER VACATING ORDERS AND SETTING SCHEDULING CONFERENCE

---

After review of this case transferred from the United States District Court for the Middle District of Pennsylvania, it is

ORDERED that the Order Regarding Case Assignment and Procedures, filed August 2, 2007 [3] and the Case Management Order, filed November 8, 2007 [17] by Judge Sylvia H. Rambo are vacated. It is

FURTHER ORDERED that pursuant to D.C.COLO.LCivR 16, a scheduling conference will be held on **May 29, 2008, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.   Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at

**http://www.cod.uscourts.gov/judges  frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be

submitted directly to chambers by **4:00 p.m. on May 22, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: April 17th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge