IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00754-RPM

THE HERSHEY COMPANY,
HERSHEY CHOCOLATE CORPORATION and
HERSHEY ENTERTAINMENT & RESORTS COMPANY,

    Plaintiffs,

v.

PAGOSA CANDY COMPANY,
THE CHOCOLATE ROBIN, CORPORATION. and
ROBIN L. CARPENTER,

    Defendants.

---

ORDER GRANTING JOINT MOTION FOR 30-DAY STAY

---

Upon consideration of the Joint Motion for 30-Day Stay [13], filed on May 16, 2008, it is

ORDERED that the motion is granted to and including June 16, 2008.

Dated: May 19th, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior District Judge