IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00754-RPM

THE HERSHEY COMPANY,
HERSHEY CHOCOLATE CORPORATION and
HERSHEY ENTERTAINMENT & RESORTS COMPANY,

    Plaintiffs,

v.

PAGOSA CANDY COMPANY,
THE CHOCOLATE ROBIN, CORPORATION. and
ROBIN L. CARPENTER,

    Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

On May 19, 2008, this Court entered an order granting a joint motion to stay proceedings until June 16, 2008, pending settlement negotiations. Counsel having filed nothing further, it is

ORDERED that a scheduling conference will be held on **October 17, 2008, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on October 9, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: August 21st, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge